TIETJEN & STEFFEN CO., INC., v. HERSHEY CREAMERY COMPANY, INC.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

COMMERCIAL FACTORS CORPORATION v. WINGET KICKERNICK COMPANY, INC. — Motion for resettlement denied. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JOHN M. DUFFY v. NEW YORK CITY INTERBOROUGH RAILWAY COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

WILLIAM YOOST v. JOHN FARR, JR., and Others.— Motions for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.

BENJAMIN N. KRAUT v. WORTHINGTON PUMP AND MACHINERY CORPORATION.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

BENJAMIN N. KRAUT v. WORTHINGTON PUMP AND MACHINERY CORPORATION. — Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

. WILLIAM P. FLECKENSTEIN v. BENNY FRIEDMAN and Another.— Motion for leave to appeal to the Court of Appeals granted; questions certified. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.  [See 241 App. Div. 212.]

METROPOLITAN LIFE INSURANCE COMPANY v. TEN PARK AVENUE CORPORATION, Impleaded, etc.— LEON LEIGHTON and JOSEPH KAHN, Receivers, Respondents.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [See 241 App. Div. 861.]

WILLIAM H. MERRICK v. ELIZABETH MERRICK — GEORGE F. BARTLETT.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ. [See 241 App. Div. 799.]

In the Matter of the Judicial Settlement of the Account of Proceedings of RALPH PULITZER and Others, as Trustees, etc., of JOSEPH PULITZER, Late of the County of New York, Deceased. JOHN G. JACKSON, as Administrator, etc., of MARGARET PULITZER, Deceased.— RALPH PULITZER and Others, as Trustees, etc., and Others.— Motion for leave to appeal to the Court of Appeals granted. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [See 241 App. Div. 858.]

CHEMICAL BANK AND TRUST COMPANY, as Trustee, etc., v. VICTORIA FORREST REYNAUD and Others, Impleaded, etc. (Actions Nos. 1 and 2.) — Motions for leave to appeal to the Court of Appeals granted. Motions for reargument denied. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [See 241 App. Div. 813.]

UNITED STATES WICKER FURNITURE COMPANY, Respondent, v. YORK FEATHER AND DOWN CORPORATION, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements, with leave to the defendant to